**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| REAL TALENT, INC.,           ) | FILED: AUGUST 27, 2008 |
|              ) | 08CV4915 |
| Plaintiff,     ) | JUDGE GUZMAN |
|              ) | MAGISTRATE JUDGE ASHMAN |

REAL TALENT, INC.,

        Plaintiff,

    v.

REAL TALENT CASTING, INC.,

        Defendant.

)
)
)
)
)  Civil Action No.:
)
)  TC
)
)
)
)

FILED: AUGUST 27, 2008
08CV4915
JUDGE GUZMAN
MAGISTRATE JUDGE ASHMAN

**NOTIFICATION OF AFFILIATES FOR REAL TALENT, INC.**
**PURSUANT TO LOCAL RULE 3.2**

Plaintiff Real Talent, Inc. ("Real Talent") hereby respectfully submits this Notification of Affiliates in accordance with Local Rule 3.2.

Plaintiff Real Talent has no publicly-held affiliates.

Respectfully submitted,

Dated: August 27, 2008

By: _Patrick J. Arnold Jr._

Patrick J. Arnold Jr.
Sarah A. Kofflin
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
E-Mail: parnold@mcandrews-ip.com
       skofflin@mcandrews-ip.com
Attorneys for Plaintiff,
Real Talent, Inc.