IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REAL TALENT, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>REAL TALENT CASTING, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.:<br>)<br>)    FILED: AUGUST 27, 2008<br>)    08CV4915<br>)    JUDGE GUZMAN<br>)    MAGISTRATE JUDGE ASHMAN<br>)<br>)    TC |

## NOTICE OF TRADEMARK SUIT

Please take notice, pursuant to Local Rule 3.4, that on August 27, 2008, the above-referenced action was filed in the United States District Court for the Northern District of Illinois, Eastern Division, seeking, among other things, injunctive relief and damages for infringement of Trademark U.S. Registration No. 3,287,678.

The names and addresses of the parties are as follows:

1. Plaintiff Real Talent is an Illinois corporation having its principal place of business at 1759 North Humboldt Boulevard, Chicago, Illinois 60647.

2. Defendant Real Talent Casting is a California corporation having an address at 10119 Riverside Drive, Second Floor, Toluca Lake, California 91602.

Respectfully submitted,

Dated: August 27, 2008

By: *[signature]*
Patrick J. Arnold Jr.

1

Sarah A. Kofflin
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
34th Floor
Chicago, Illinois  60661
Telephone:  (312) 775-8000
Facsimile: (312) 775-8100
E-Mail: parnold@mcandrews-ip.com
           skofflin@mcandrews-ip.com

Attorneys for Plaintiff,
Real Talent, Inc.